**2009–1432. State v. McCradic.**
Richland App. No. 08–CA–058, 2009-Ohio-2592. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.

**2009–1452. State v. Jackson.**
Cuyahoga App. No. 92523. On motion for leave to file delayed appeal. Motion denied.

LUNDBERG STRATTON, J., dissents.

**2009–1458. State v. Anderson.**
Fayette App. No. CA2008–07–026, 2009-Ohio-2521. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER and LANZINGER, JJ., dissent.

**2009–1481. State v. Johnson.**
Hamilton App. Nos. C–080156 and C–080158, 2009-Ohio-2568. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Entry filed July 29, 2009:

"Are the elements of child endangering [set forth in R.C. 2919.22(B)(1) ] sufficiently similar to the elements of felony murder with child endangering as the predicate offense that the commission of the murder logically and necessarily also results in the commission of child endangering?"

O'DONNELL, J., dissents.

The conflict case is *State v. Mills*, Tuscarawas App. No. 2007 AP 07 0039, 2009-Ohio-1849.

**2009–1488. State v. Nesbitt.**
Hamilton App. No. C–080010, 2009-Ohio-972. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and CUPP, JJ., dissent.

**2009–1490. State v. Howard.**
Franklin App. No. 08AP–177, 2009-Ohio-2663. On motion for leave to file delayed appeal. Motion granted.

**2009–1491. State v. Vines.**
Cuyahoga App. No. 55693. On motion for leave to file delayed appeal. Motion denied.

**2009–1520. State v. Kupay–Zimerman.**
Cuyahoga App. No. 92043, 2009-Ohio-3596. On motion to vacate order granting stay. Motion denied.

O'CONNOR, O'DONNELL, and CUPP, JJ., dissent.

**2009–1560. State v. Davis.**
Washington App. No. 06CA39, 2007-Ohio-1281. On motion for stay of sentence. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2009–0863. State v. Omiecinski.**
Cuyahoga App. No. 90510, 2009-Ohio-1066. Discretionary appeal accepted on Proposition of Law Nos. II, III, IV, and V; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

MOYER, C.J., and LUNDBERG STRATTON, J., would also accept Proposition of Law No. I without holding.

PFEIFER, J., would accept the appeal on Proposition of Law Nos. III and IV only.

O'DONNELL, J., would accept the appeal on Proposition of Law Nos. III, IV, and V only.

**2009–1014. West v. State.**
Hamilton App. No. C–080612. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.